83,466-02

DIEUDONNE KAZABUKEYE
TDCJ # 1636492

RE: CHANGE OF ADDRESS
No C-371-009983-1185922-AWR-83,46602

I AM CURRENTLY AT THE BYRD UNIT
LOCATED AT 21 FM 247, HUNTSVILLE TX 77320
PLEASE UPDATED MY NEW ADDRESS.
IF PREVIOUSLY THIS COURT SENT ME A LETTER,
IT WILL TAKE A WHILE TO GET TO ME, SINCE
I'VE BEEN ON CHAIN THROUGH NUMEROUS
TRANSIT UNITS
    IF AT ANY MOMENT, I MOVE FROM HERE
I WILL INFORM THIS COURT WITH MY NEW
ADDRESS.

                    RESPECTFULLY SUBMITTED,

                    DIEUDONNE KAZABUKEYE
                    Sept 08, 2015.

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 11 2015
Abel Acosta, Clerk